1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL GARCIA
6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 10-mj-0227 DAD
                                  )
12              Plaintiff,        )  **STIPULATION AND ORDER CONTINUING**
                                  )  **PRELIMINARY HEARING**
13      v.                        )
                                  )
14 MICHAEL GARCIA,                )
                                  )
15              Defendant.        )
                                  )
16 _____  )

17      The United States of America, through counsel of record, Assistant

18 United States Attorney Robin Taylor, and defendant MICHAEL GARCIA, by

19 and through his counsel of record, Lexi Negin, Esq., respectfully

20 request that the Preliminary Examination currently set for September 3,

21 2010, be continued and heard on **Friday, September 17, 2010, at 2:00**

22 **p.m.**  The defendant consents to the extension of time and stipulates

23 that there is good cause for the continuance as required by

24 Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that

25 she is awaiting to receive additional discovery, and needs additional

26 / / /

27 / / /

28 / / /

1 time to review the discovery, meet with the client, and meet with the
2 government to discuss case status and possible resolution.  The
3 defendant is aware of the request for continuance and approves it.

5 Dated: August 25, 2010

6               Respectfully submitted,

8 BENJAMIN B. WAGNER          DANIEL J. BRODERICK
  United States Attorney       Federal Defender

10 _/s/ Lexi Negin for_         _/s/ Lexi Negin_
  ROBIN TAYLOR                LEXI NEGIN
11 Assistant U.S. Attorney      Assistant Federal Defender
  Attorney for United States    Attorney for Defendant
12                                       MICHAEL GARCIA

15 **O R D E R**

17     For good cause shown above,
18     **IT IS SO ORDERED.**
19 Dated: August 26, 2010
20                                       /s/ Gregory G. Hollows

22                                       GREGORY G. HOLLOWS
                                        United States Magistrate Judge

23 garcia227.eot2