DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-mj-00227 DAD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |
| v. | |
| MICHAEL GARCIA, | |
| Defendant. | |

The United States of America, through counsel of record, Assistant United States Attorney Robin Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for September 17, 2010 before Magistrate Judge Edmund F. Brennan be continued and heard on **Monday, October 18, 2010, at 2:00 p.m.** before Magistrate Judge Dale A. Drozd. The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that she is awaiting to receive additional discovery, and needs additional

/ / /

/ / /

1  / / /

2  time to review the discovery, meet with the client, and meet with the

3  government to discuss case status and possible resolution.  The

4  defendant is aware of the request for continuance and approves it.

5  Dated: September 10, 2010

6              Respectfully submitted,

7

8  BENJAMIN B. WAGNER                DANIEL J. BRODERICK
   United States Attorney            Federal Defender

9

10 /s/ Lexi Negin for                /s/ Lexi Negin
   ROBIN TAYLOR                      LEXI NEGIN
11 Assistant U.S. Attorney           Assistant Federal Defender
   Attorney for United States        Attorney for Defendant
12                                   MICHAEL GARCIA

13

14

15                           **O R D E R**

16

17      For good cause shown above,

18      **IT IS SO ORDERED.**

19 Dated: September 10, 2010

20

21                                    /s/ Kendall J. Newman
                                     KENDALL J. NEWMAN
22                                   United States Magistrate Judge

23

24

25

26

27

28

-2-