DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL GARCIA,<br><br>        Defendant. | No. 10-mj-0227 DAD<br><br>**STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING** |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for October 18, 2010, be continued and heard on **Monday, November 8, 2010, at 2:00 p.m.** The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed. R. Crim. P. Rules 5.1 and 5.1(d).  Defense counsel represents that she needs additional time to review discovery, meet with the client, and meet

/ / /

/ / /

/ / /

with the government to discuss case status and possible resolution. The defendant is aware of the request for continuance and approves it.

Dated: October 6, 2010

          Respectfully submitted,

BENJAMIN B. WAGNER                    DANIEL J. BRODERICK
United States Attorney                Federal Defender

*/s/ Lexi Negin for*                  */s/ Lexi Negin*
ROBIN R. TAYLOR                       LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Defendant
                                      MICHAEL GARCIA

**O R D E R**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: October 7, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order      -2-