DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-mj-00227 DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **PRELIMINARY HEARING** |
| v. | ) |
| MICHAEL GARCIA, | ) |
| Defendant. | ) |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA, by and through his counsel of record, Lexi Negin, Esq., respectfully request that the Preliminary Examination currently set for November 8, 2010, be continued and heard on **Monday, December 6, 2010, at 2:00 p.m.** The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that she needs additional time to review discovery, meet with the client, and meet

/ / /

/ / /

/ / /

1  with the government to discuss case status and possible resolution.

2  The defendant is aware of the request for continuance and approves it.

3

4  Dated: November 4, 2010

5              Respectfully submitted,

6

7  BENJAMIN B. WAGNER              DANIEL J. BRODERICK
   United States Attorney         Federal Defender

8

9  /s/ Lexi Negin for             /s/ Lexi Negin
   ROBIN R. TAYLOR                LEXI NEGIN
10 Assistant U.S. Attorney        Assistant Federal Defender
   Attorney for United States     Attorney for Defendant
11                                MICHAEL GARCIA

12

13

14                    **O R D E R**

15

16     For good cause shown above,

17     **IT IS SO ORDERED.**

18 Dated: November 5, 2010.

19

20                                                      _____
                                   U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation and Order          -**2**-