1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI NEGIN, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL GARCIA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. 10-mj-00227 DAD
                                )
12              Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                )  CONTINUING PRELIMINARY HEARING
13      v.                      )
                                )
14 MICHAEL GARCIA,              )
                                )
15              Defendant.      )
                                )
16 _____)

17     The United States of America, through counsel of record, Assistant

18 United States Attorney Robin R. Taylor, and defendant MICHAEL GARCIA,

19 by and through his counsel of record, Lexi Negin, Esq., respectfully

20 request that the Preliminary Examination currently set for December 6,

21 2010, be continued and heard on **Monday, January 24, 2011, at 2:00 p.m,**

22 before Magistrate Dale A. Drozd.  The defendant consents to the

23 extension of time and stipulates that there is good cause for the

24 continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense

25 counsel represents that she needs additional time to review discovery,

26 meet with the client, and meet

27 / / /

28 / / /

/ / /

with the government to discuss case status and possible resolution. The defendant is aware of the request for continuance and approves it.

Dated: December 3, 2010

                Respectfully submitted,

BENJAMIN B. WAGNER             DANIEL J. BRODERICK
United States Attorney           Federal Defender

_/s/ Lexi Negin for_               _/s/ Lexi Negin_
ROBIN R. TAYLOR                   LEXI NEGIN
Assistant U.S. Attorney         Assistant Federal Defender
Attorney for United States      Attorney for Defendant
                                           MICHAEL GARCIA

## O R D E R

    For good cause shown above,

**IT IS SO ORDERED.**

Dated: December 3, 2010

                                          DALE A. DROZD
                                          United States Magistrate Judge